# In the United States Court of Federal Claims

| | |
|---|---|
| RICHARD K. PHIPPS, et al., | * |
| Plaintiffs, | * |
| v. | * No. 14-424L |
| UNITED STATES, | * Filed: December 1, 2017 |
| Defendant. | * |

## O R D E R

The court is in receipt of the parties' December 1, 2017 joint stipulation of dismissal with prejudice. Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

                                                    s/Marian Blank Horn
                                                    **MARIAN BLANK HORN**
                                                           **Judge**